389 A.2d 203

Commonwealth v. Sundo, Appellant.

Argued September 16, 1977. Charles S. Lieberman, for appellant; Charles J. Devlin, Jr., Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.